MAX PHILLIPS, Respondent, v. WEST ROCKAWAY LAND COMPANY and BELLE HARBOR-EDGEMERE REALTY COMPANY, INC., Appellants.— Order reversed, without costs. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

WILLIAM J. SMITH, as Administrator, etc., on Behalf of Himself and Other Stockholders of the QUEEN ANNE LAND GRANT COMPANY, Similarly Situated, Respondent, v. DAVID CREAR and Others, Appellants.— The majority in control cannot transfer all the corporate assets to a new corporation against objection of the minority stockholders. (Schwab v. Potter Co., 194 N. Y. 409.) Stock ownership was sufficiently alleged to vest plaintiff with the right to bring a representative stockholder's suit. Suspending the exercise of the voting power by means of deposit of the stock certificate in the corporation treasury, increases the fiduciary duty of the directors toward a stockholder, from whom they have taken an ordinary protective remedy within the corporation. The holder of such deposited stock has all the stronger grounds for equitable relief. (7 R. C. L. Corp. § 609.) The order is affirmed, with ten dollars costs and disbursements. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

EMMA BISHOP, as Administratrix, etc., of ARTHUR BISHOP, Deceased, Respondent, v. KINGSTON GAS AND ELECTRIC COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Thomas, Stapleton, Rich, Putnam and Blackmar, JJ.

HARRY A. FEDER, Respondent, v. JOHN J. HEARN CONSTRUCTION COMPANY, Defendant. HAMBURGER, GOLDEY & FATT, Appellant.— Motion denied on condition that appellant perfect its appeal, place the case on the May calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Thomas, Stapleton, Rich, Putnam and Blackmar, JJ.

GIUSEPPE GENNA, Respondent, v. SIMONELLI CONTRACTING CORPORATION, Defendant. BOROUGH OPERATING CORPORATION, Appellant.— Motions denied, without costs. Present — Thomas, Stapleton, Rich, Putnam and Blackmar, JJ.

In the Matter of WILLIAM J. BROCK, an Attorney.— Motion granted, and respondent directed to appear before this court on the first Wednesday of the April term for reprimand. Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

In the Matter of the Application of ANNA GANDORF, for a Writ of Habeas Corpus to Produce the Body of EDWARD GANDORF, etc.— Motion denied, with ten dollars costs. Present — Thomas, Stapleton, Rich, Putnam and Blackmar, JJ.